**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV-02-222 DWF/SRN**

| | |
|---|---|
| Emanuel Bankston,<br><br>Plaintiff,<br>v.<br><br>TeleCheck Recovery Services, Inc.,<br><br>Defendant. | **NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: March 1, 2002

**THE BARRY LAW OFFICE, LTD.**

By: ______
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

MAR 05 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 05 2002
DEPUTY CLERK ______



J:\37000 Settled\37243 Bankston, Emanuel v. TeleCheck (PFB)\Notice of Dismissal - DWF.doc

# ORDER

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 3/06/02.

JUDGE DONOVAN W. FRANK
United States District Court