**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EMANUEL BANKSTON, Civil No. 02-222 (DWF/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

TELECHECK RECOVERY SERVICE, INC.,

Defendant.

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117; Peter Barry, Esq., Barry Law Office, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

No appearance by Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 4, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 5 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________