# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Emanuel Bankston, | Case No. Civil 02-222 DWF/SRN

v. | **JUDGMENT IN A CIVIL CASE**

TeleCheck Recovery Services, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's complaint against defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

DATE: March 5, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad

Julie Rustad, Deputy Clerk

5